UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC,
a Maryland Limited Liability Company,

        Defendant.
_____/

Case No. 2:19-cv-01967-CFK

FILED
JUL 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL
*(Only as to Defendant IHG Management (Maryland) LLC)*

COMES NOW the Plaintiff, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant IHG MANAGEMENT (MARYLAND) LLC, a Maryland Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Nothing herein shall affect the lawsuit against Defendant KOP HOTEL XXXI OWNER LP, a Pennsylvania Limited Partnership, under the instant case, Case No. 2:19-cv-01967-CFK.

Dated: July 17, 2019

Respectfully submitted,

_____
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: 305.891.5199
Facsimile: 305.893.9505
lfuller@fullerfuller.com
and

David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
Telephone: 215.496.2902
Facsimile: 215.564.2879
ddessen@dms-lawyer.com

*Attorneys for Plaintiff Helen Swartz*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of July, 2019, the foregoing document was filed via the Court's CM/ECF system.

**I FURTHER CERTIFY** that the foregoing First Amended Complaint will be served via service of process upon the Defendant, as follows: KOP Hotel XXXI Owner LP, c/o CT Corporation System, 116 Pine St # 320, Harrisburg, PA 17101.

_____
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: 305.891.5199
Facsimile: 305.893.9505
lfuller@fullerfuller.com